```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 06308
   JOYCE E COOPER
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4807

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/17/2008 and was confirmed 05/12/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/06/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
AAA CHECKMATE LLC         UNSEC W/INTER     998.63           .00           .00
BROTHER LOAN & FINANCE C  UNSEC W/INTER    1032.06           .00           .00
AT & T                    UNSEC W/INTER  NOT FILED          .00           .00
CITY OF CHICAGO WATER DE  UNSEC W/INTER  NOT FILED          .00           .00
CORPORATE AMERICA FAMILY  UNSEC W/INTER     621.39           .00           .00
CORPORATE AMERICA FAMILY  UNSEC W/INTER    1484.33           .00           .00
HFC                       UNSEC W/INTER  NOT FILED          .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     299.06           .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     484.82           .00           .00
TELECOM USA               UNSEC W/INTER  NOT FILED          .00           .00
WFNNB/DRESS BARN          UNSEC W/INTER  NOT FILED          .00           .00
ENID BLOUNT               NOTICE ONLY    NOT FILED          .00           .00
AMERICREDIT FINANCIAL SV  SECURED VEHIC    4200.00         31.50         344.52
AMERICREDIT FINANCIAL SV  UNSEC W/INTER     181.07           .00           .00
COOK COUNTY TREASURER     SECURED             .00           .00           .00
FREMONT INVESTMENT & LOA  CURRENT MORTG       .00           .00           .00
FREMONT INVESTMENT & LOA  MORTGAGE ARRE       .00           .00           .00
WILSHIRE CREDIT CORPORAT  CURRENT MORTG       .00           .00           .00
WILSHIRE CREDIT CORPORAT  MORTGAGE ARRE       .00           .00           .00
BENEFICIAL ILLINOIS INC   SECURED NOT I    845.92           .00           .00
LITTON LOAN SERV          NOTICE ONLY    NOT FILED          .00           .00
CITY OF CHICAGO WATER DE  SECURED NOT I    646.37           .00           .00
CITY OF CHICAGO WATER DE  SECURED NOT I    722.74           .00           .00
PEOPLES GAS LIGHT & COKE  FILED LATE      2608.83           .00           .00
FELD & KORRUB LLC         DEBTOR ATTY     3,000.00                      221.99
TOM VAUGHN                TRUSTEE                                        51.99
DEBTOR REFUND             REFUND                                          .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 06308 JOYCE E COOPER
```

```
TRUSTEE                                     650.00

PRIORITY                                                          .00
SECURED                                                        344.52
    INTEREST                                                    31.50
UNSECURED                                                         .00
ADMINISTRATIVE                                                 221.99
TRUSTEE COMPENSATION                                            51.99
DEBTOR REFUND                                                     .00
                                      ----------------  ----------------
TOTALS                                     650.00             650.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/24/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 08 B 06308 JOYCE E COOPER